IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUCE W. LANE**                                                      **PLAINTIFF**

VS.                  **CASE NO. 4:06CV00685 JMM**

**STEVENS TRANSPORT, INC., ET AL**                      **DEFENDANTS**

**CELADON TRUCKING, INC.**                    **INVOLUNTARY PLAINTIFF/
INTERPLEADER DEFENDANT**

**ORDER**

Based upon the allegations made by plaintiff, the Motion to Join Person Needed for Just Adjudication and for Interpleader and Declaratory Judgment is granted (#31).

IT IS SO ORDERED THIS  18  day of   April  , 2007.

_____
James M. Moody
United States District Court