IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTNER DIVISION

BRUCE W. LANE                                                                                          PLAINTIFF

Vs.                                          CASE NO.  4:06cv00685 JMM

STEVENS TRANSPORT, INC., et al                                                            DEFENDANTS

## ORDER

Based on Plaintiff's status report (docket entry #33), the jury trial scheduled June 18, 2007, is canceled.  Plaintiff has settled with Defendants Stevens Transport, Inc., Arthur A. Gomez, and Eric King.

A hearing is scheduled Monday, June 18, 2007, at 9:15 a.m., before Judge James M. Moody, Room #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Little Rock, Arkansas, to determine if Plaintiff has been made whole as to Defendant Celadon Trucking, Inc.

IT IS SO ORDERED THIS 7th day of May, 2007.

AT THE DIRECTION OF THE COURT

JAMES W. McCORMACK
CLERK OF COURT


By     /s/ Donna Jackson
            Deputy Clerk