**IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION**


**BRUCE W. LANE**                                                                      **PLAINTIFF**

**V.**                         **CASE NO. 4:06CV00685 JMM**

**STEVENS TRANSPORT, INC.,**                                          **DEFENDANTS**

**CELEDON TRUCKING, INC.**                          **INVOLUNTARY PLAINTIFF/
INTERPLEADER DEFENDANT**


**ORDER**

For good cause shown, plaintiff's motion to seal the terms of a settlement is granted

(#43).  The Clerk of the Court is directed to remove the brief filed by Celadon Trucking (#42)

from public access on the CM/ECF and place it under seal.  Plaintiff's Memorandum Brief

Regarding Made-Whole Hearing is also to be filed under seal (#45).

The parties are directed to file any future pleadings that reflect any terms of the settlement

between defendants Stevens Transport, Arthur Gomez, and Eric King and the plaintiff be

designated as SEALED DOCUMENTS.

IT IS SO ORDERED this __21__ day of June, 2007.



_____
James M. Moody
United States District Judge