IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE W. LANE                                                                                           PLAINTIFF

Vs.                                          CASE NO. 4:06cv00685 JMM

STEVENS TRANSPORT, INC., et al                                                             DEFENDANTS

ORDER

During a hearing held June 22, 2007, confidential information was disclosed. A court order will be necessary for any release of a transcript or reproduction of the hearing.

IT IS SO ORDERED this 22nd day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE