IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE W. LANE                                                                                           PLAINTIFF

VS.                                    CASE NO. 4:06CV000685 JMM

STEVENS TRANSPORT, INC., ET AL.                                                      DEFENDANTS

CELEDON TRUCKING, INC.                                          INVOLUNTARY PLAINTIFF/
                                                                INTERPLEADER DEFENDANT

ORDER

Based upon the settlement between plaintiff and the defendants the claims against the defendants are dismissed with prejudice.

The Court retains jurisdiction over the plaintiff and Celadon Trucking, Inc. to decide the issue of whether Celadon is entitled to a lien on any part of the settlement.

IT IS SO ORDERED THIS   5   day of     July   , 2007.

_____
James M. Moody
United States District Judge