IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUCE W. LANE**                                                                                          **PLAINTIFF**

**VS.**                                    **CASE NO. 4:06CV00685**

**STEVENS TRANSPORT, INC, ET AL.**                                          **DEFENDANTS**

**CELADON TRUCKING, INC.**                          **INVOLUNTARY PLAINTIFF**
                                                                                **INTERPLEADER DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on August 10, 2007, Celadon is entitled to a lien in the amount of $78,446.13 on plaintiff's settlement with defendants. Pursuant to the Order entered on September 17, 2007, Celadon's lien is reduced by attorneys' fees and costs in the amounts of $25,227.19 and $2, 764.57. Celadon is entitled to a net lien of $50, 454.37

IT IS SO ORDERED this __17__ day of September, 2007.


_____
James M. Moody
United States District Judge