IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE W. LANE                                                                          PLAINTIFF

V.                                          NO. 4:06-CV-00685-JMM

STEVENS TRANSPORT, INC.,
ARTHUR A. GOMEZ and ERIC E. KING,
Individually and as Agents of STEVENS TRANSPORT, INC.                DEFENDANTS

CELEDON TRUCKING, INC.                                      INVOLUNTARY PLAINTIFF/
                                                           INTERPLEADER DEFENDANT

**ORDER GRANTING MOTION TO UNSEAL**
**BRIEFS AND TRANSCRIPT OF JUNE 22, 2007 HEARING**

Before the Court is Motion to Unseal Briefs and Transcript of June 22, 2007 Hearing

(Docket No. 75).  For good cause shown, the Motion is granted.  The Clerk is directed to unseal

the briefs (Docket Nos. 42 and 45) and make same available to the parties hereto for transmission

to the United States Court of Appeals for the Eighth Circuit.  The Clerk is further instructed to

unseal the transcript of the June 22, 2007 hearing making same available to the parties for

transmission to the United States Court of Appeals for the Eighth Circuit.  Neither the briefs nor

transcript should be made available to anyone but the parties hereto unless the briefs and

transcript are filed elsewhere under seal.  The Clerk is directed to take whatever means are

necessary to comply with this Order.

_____
JUDGE JAMES M. MOODY
October 23, 2007

DATE

APPROVED BY:

/s/  James W. Tilley
James W. Tilley (80148)
Staci Dumas Carson (2003158)
200 South Commerce St., Ste. 200
Little Rock, AR 72201
*Attorneys for Celadon Trucking, Inc.*

/s/  David H. Williams
David H. Williams
Attorney at Law
Law Office of David H. Williams, PLLC
212 Center St., Ste. 200
Little Rock, AR 72201

and

Brian G. Brooks
Attorney at Law
Brian G. Brooks, PLLC
P.O. Box 605
Greenbrier, AR 72058
*Attorneys for Bruce W. Lane*