**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**BRUCE W. LANE**                                                            **PLAINTIFF**


**VS.**                          **CASE NO. 4:06CV00685**


**STEVENS TRANSPORT, INC, ET AL.**                          **DEFENDANTS**

**CELADON TRUCKING, INC.**                          **INVOLUNTARY PLAINTIFF**
                                                    **INTERPLEADER DEFENDANT**



**AMENDED JUDGMENT**

Pursuant to the Mandate issued by the Court of Appeals for the Eighth Circuit, the

Court's September 17, 2007 Judgment is amended to state that Celadon is entitled to a lien in the

amount of $183,028.79 on plaintiff's settlement with defendants.  Celadon's lien is reduced by

attorneys' fees and costs in the amounts of $58,850.36 and $6,448.92, respectively.  Celadon is

entitled to a net lien of $117,729.51.

IT IS SO ORDERED this ___3___ day of November, 2007.




_____
James M. Moody
United States District Judge